IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
SANTOS SOTO, VERTA CHAVEZ              No   C-08-05638 VRW

         Plaintiffs,                        ORDER

         v

HOMECOMINGS FINANCIAL LLC, ETS
SERVICES, LLC,

         Defendants.
_____/
```

        Plaintiffs filed this action in state court on November 25, 2008. Doc #1 at 7. Defendants removed to this court on December 18, 2008. Doc #1 at 1. On December 23, 2008, defendants moved to dismiss. Doc #6. Pursuant to Civil L R 7-3(a), plaintiffs had until March 26 to file a memorandum in opposition to defendants' motion to dismiss. Plaintiffs did not file a memorandum in opposition or a statement of nonopposition.

        The hearing set for April 16 on defendants' motion to dismiss is VACATED. Plaintiff shall serve and file a memorandum in opposition to defendants' motion to dismiss not later than April

1  27; failure to comply will be deemed grounds to dismiss the action.
2  No hearing or oral argument on the motion shall be conducted
3  without further order of the court.

5        IT IS SO ORDERED.

8        VAUGHN R WALKER
         United States District Chief Judge